UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:19-CR-00402-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JERRY HOWARD | ) | |

Before the Court is the defendant's motion to file Docket Entry 46 (Sentencing

Memorandum with exhibits) under seal pursuant to Local Criminal Rule 55.2.

For good cause shown, the motion is ALLOWED and Docket Entry 46 shall be filed

under seal.

SO ORDERED.

This _16_ day of December, 2020.

James C. Dever III
United States District Judge